# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>LELA MARIA TREVINO | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **3:14-mj-0018 CMK** |

### THE DEFENDANT:

[ ] pleaded guilty to count(s): ____.
[X] pleaded nolo contendere to counts(s) _1 and 2_ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.
[X] count(s) 3 dismissed pursuant to oral plea agreement.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 2.35(b)(2) | Possess Controlled Substance | 03/19/2014 | 1 |
| 36 CFR 2.32(a)(1) | Interfere with Government Employment | 03/19/2014 | 2 |

    The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

08/02/2016
Date of Imposition of Judgment

*/s/ Craig M. Kellison*
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

08/02/2016
Date

## COURT PROBATION

The defendant is hereby sentenced to Court probation for a term of two (2) years .

The defendant shall not commit another federal, state, or local crime.

The defendant is excluded from entering the Whiskeytown National Recreation Area during the term of probation.

## IMPRISONMENT

The defendant is hereby remanded to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: TEN (10) DAYS.

## FINE

The defendant shall pay a fine of $100 to the Clerk, United States District Court, 501 I Street, Sacramento, California 95814, within thirty days.